UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BRADSHAW,

       Plaintiff,                             Case No. 14-cv-12798

                                      Paul D. Borman
v.                                  United States District Judge

                                      Mona K. Majzoub
GENESEE COUNTY, et al.,            United States Magistrate Judge

       Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S MAY 12, 2016
REPORT AND RECOMMENDATION AWARDING ATTORNEY FEES
UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(a)(5)(A) (ECF NO. 40)

On May 12, 2016, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to award Defendants attorney's fees in the amount of $914.50 under Fed. R. Civ. P. 37(a)(5)(A). Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation and awards Defendants attorney's fees in the amount of $914.50.

IT IS SO ORDERED.

                                     s/Paul D. Borman
                                     PAUL D. BORMAN
                                     UNITED STATES DISTRICT JUDGE

Dated: June 13, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 13, 2016.


s/Deborah Tofil
Case Manager