UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY BRADSHAW,

      Plaintiff,                                Case No. 14-cv-12798

                                               Paul D. Borman
v.                                                  United States District Judge

GENESEE, COUNTY OF,                  Mona K. Majzoub
et al.,                                              United States Magistrate Judge

      Defendants.
_____/

ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 42),
(2) GRANTING DEFENDANTS' MOTION TO DISMISS (ECF NO. 37),
(3) DISMISSING UNNAMED DEFENDANTS PURSUANT TO FED. R. CIV. P.
4(m), and (4) DISMISSING COMPLAINT

On June 30, 2016, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to grant Defendants Genesee County and R. Rainwater's motion to dismiss, to dismiss the remaining unnamed Defendants in this action pursuant to Fed. R. Civ. P. 4(m) and to dismiss Plaintiff's Complaint in its entirety. (ECF No. 42, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Defendants'

Motion to Dismiss (ECF No. 37), DISMISSES all "Other Unnamed Defendants" pursuant to Fed. R. Civ. P. 4(m), and DISMISSES Plaintiff's Complaint in its entirety.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 29, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 29, 2016.

s/Deborah Tofil
Case Manager

2